IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GRANVILLE D. MARSHALL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. _____ |
| | ) |
| WESTERN AND SOUTHERN LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441(a), *et seq.*, defendant, The Western and Southern Life Insurance Company ("W&S"), files this Notice of Removal of this action from State Court to this Court and respectfully states as follows:

1. On March 6, 2009, plaintiff, Granville D. Marshall ("Marshall") commenced a civil action in the Chancery Court of Sullivan County, Tennessee ("the State Court"), bearing the style *Granville D. Marshall v. Western and Southern Life Insurance Company*, Docket No. K0036290 ("the Civil Action"). The Civil Action is still pending in the State Court.

2. W&S was served with a copy of the Summons and Complaint in the Civil Action on March 16, 2009, and the Summons and Complaint, copies of which are attached as Exhibit A, constitute all process, pleadings, and orders served upon W&S in the Civil Action to date.

3. W&S has, to date, made no appearance in the Civil Action in State Court.

4. The Civil Action is one of which this Court has diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332 and removal jurisdiction pursuant to 28 U.S.C. § 1441 in that:

    (a) W&S, both at the time of filing of the Civil Action and as of the date of filing of this Notice, was and is a corporate citizen of the State of Ohio in that it is and was incorporated in the State of Ohio, with its principal place of business in the State of Ohio.

    (b) Marshall, both at the time of filing of the Civil Action and as of the date of filing this Notice, was and is a citizen of the State of Tennessee.

    (c) Diversity of citizenship exists between all parties properly joined in that they are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.[1]

    (d) This action is within the original jurisdiction of the Court pursuant to the provisions of 28 U.S.C. § 1332.

5. W&S has filed this Notice prior to the expiration of thirty (30) days following its receipt of a copy of the Complaint.

6. W&S will give written notice to plaintiff and will file a Notice of Filing of Notice of Removal with the Clerk of the Chancery Court of Sullivan County, Tennessee. W&S attaches a copy of the Notice of Filing of Notice of Removal as Exhibit C.

---

[1] The documents attached as Exhibit B are explanation of benefit forms that W&S sent Marshall pertaining to claims under the Policy at issue in this case. The unpaid portion of these claims totals in excess of $100,000.00, thus meeting the amount in controversy requirement under 28 U.S.C. § 1332.

WHEREFORE, defendant, W&S prays that the Civil Action now pending against it in the Chancery Court of Sullivan County, Tennessee, be removed therefrom to this Court.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

_____
S. Russell Headrick (TN5750)
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
(865) 549-7204 (direct phone)
(865) 633-7204 (direct fax)
rheadrick@bakerdonelson.com

*Attorneys for Defendant*
*The Western and Southern Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the following via prepaid U.S. Mail this 30 day of March, 2009.

R. Wayne Culbertson
119 West Market Street
Kingsport, TN 37660

_____
S. Russell Headrick