IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY MARSHALL, as executrix of the ESTATE OF GRANVILLE D. MARSHALL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 2:09-CV-54 |
| WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to

this civil action that have appeared hereby stipulate that this civil action may be dismissed, with

prejudice, and with no fees or costs awarded to either party.

WE SO STIPULATE:

s/S. Russell Headrick
S. Russell Headrick, (TN5750)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Phone:     (865) 549-7204
Fax: (865) 633-7204

*Attorneys for Defendant The Western & Southern
Life Insurance Company*

s/ R. Wayne Culbertson
R. Wayne Culbertson (BPR # 000765)
119 West Market Street
Kingsport, Tennessee 37660
(423) 247-6161

s/John T. Milburn Rogers
John T. Milburn Rogers
ROGERS, LAUGHLIN, NUNNALLY,
HOOD & CRUM, P.C.
100 South Main Street
Greeneville, TN  37743

*Attorneys for Plaintiff Shirley Marshall, as executrix of the Estate of Granville D. Marshall*


## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I electronically filed the foregoing document using the ECF utility system, which will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.


s/ S. Russell Headrick
S. Russell Headrick